# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 22-35113

**Case Name:** EVOX Productions, LLC v. Chrome Data Solutions, LP

**Counsel submitting this form:** Peter R. Afrasiabi

**Represented party/parties:** Appellant EVOX Productions, LLC

*Briefly describe the dispute that gave rise to this lawsuit.*

Copyright infringement action

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                  *1*                  *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

> Judge granted defense summary judgment motion, resulting in this appeal. Main issues on appeal are copyright issues and best evidence rule.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

**Signature** s/Peter R. Afrasiabi     **Date** Feb 15, 2022

*(use "*s/[typed name]*" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**　　　　　　　　　　　　　　　　*2*　　　　　　　　　　　　　　Rev. 12/01/2018

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. Non-participants will be served by U.S. mail.

/s/ Peter R. Afrasiabi
Peter R. Afrasiabi